```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE THOMAS,

               Plaintiff,

    -against-

DEUTSCHE BANK NATIONAL TRUST COMPANY,

               Defendant.

1:20-CV-6024 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Deutsche Bank National Trust Company. Plaintiff is directed to serve the summons and complaint on Deutsche Bank National Trust Company within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Deutsche Bank National Trust Company or requested an extension of time to do so, the Court may dismiss the claims against Deutsche Bank National Trust Company under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   September 2, 2020
           New York, New York

                                               VALERIE CAPRONI
                                               United States District Judge